**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**ERIC S. BROWN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  2:00-cv-510-FtM-DNF**

**EMPIRE BUILDERS OF COLLIER**
**COUNTY, INC., ET AL.,**

        **Defendants.**

_____

# ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION AND STIPULATION FOR RELEASE OF CIVIL SUPERSEDEAS BOND (Doc. No. 192)** |
| **FILED:** | June 16, 2005 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

The parties informed the Court that the Defendants have satisfied the Judgment in this case and that there is no need to maintain the posted Civil Supersedeas Bond. A Satisfaction of Judgment (Doc. 194) was filed on June 16, 2005. The parties agree that the Bond should be released and discharged.  The parties agree that the Clerk of Court may deliver the original of the Civil Supersedeas Bond (Bond No. 964003556) to attorney Eric Adams, counsel for the Defendants.

        **IT IS FURTHER ORDERED:**

1) All obligations due under the Civil Supersedeas Bond (Bond No. 964003556) are hereby released and discharged.

2) The Clerk of Court is directed to release the Bond and to send the original of the Civil Supersedeas Bond (Bond No. 964003556) posted by the Defendants, as Principals, and Liberty Mutual Insurance Company, as Surety, to Eric Adams, Esq., c/o Carlton Fields, P.A., P.O. Box 3239, Tampa, Florida  33601.

| | |
|---|---|
| **MOTION:** | **MOTION TO ENFORCE SURETY'S LIABILITY AND FOR RELEASE OF CIVIL SUPERSEDEAS BOND (Doc. No. 191)** |
| **FILED:** | **June 8, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this  20th   day of June, 2005.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record